470 A.2d 1038

Commonwealth v. Alston, Appellant.

Submitted October 7, 1983. Thomas I. Puleo, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, MONTGOMERY and CERCONE, JJ.
Order affirmed.

470 A.2d 1038

Commonwealth v. Brown, Appellant.

Submitted June 22, 1983. Barnaby Wittels, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.
Judgment of sentence affirmed.

BROSKY, J., filed a memorandum concurring statement.